UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:
MARK ANZALONE,                                Case no. 14-18419-RBR
                                              Chapter 13 Case
        Debtor(s).        /

**FREEDOM ROAD FINANCIAL'S OBJECTION TO PLAN AND RESPONSE
IN OPPOSITION TO DEBTOR'S ANTICIPATED MOTION TO VALUE**

Freedom Road Financial ("Creditor"), a secured claimant, objects to the confirmation of debtor's Plan (DE #13) and responds in opposition to debtors' anticipated motion to value as follows:

1.  Creditor is a claimant against debtors in the net amount of **$4,298.96,** secured by a lien on a **2007 HARLEY DAVIDSON FLHX STREET GLIDE, VIN 1HD1KB41X7Y653586.**

2.  The Plan should not be confirmed and Motion to Value should be denied under 11 U.S.C. section 1325(a)(5)(B)(ii) because the value, of the effective date of the Plan, of property to be distributed under the Plan to Creditor on account of its claim is less than the allowed amount of Creditor's secured claim.  The Plan understates the value of the vehicle.  The replacement (retail) value of the vehicle is **$14,315.00,** per the N.A.D.A. Official Used Car Guide.

3.  Creditor objects to any portion of its claim being disallowed and stricken.

4.  Creditor requires updated proof of collision and comprehensive insurance.

5.  Debtor's proposed plan does not clearly indicate what amounts are being paid to creditor.

**WHEREFORE**, Creditor respectfully requests that the confirmation of debtors' Plan and debtors' anticipated Motion to Value be denied.

I hereby certify that I am admitted to the bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**I HEREBY CERTIFY** that on May 27, 2014, copies of the foregoing were transmitted via ECF to Robin R. Weiner, Trustee & Clare A. Casas, Esq., attorney for debtor and mailed to Mark Anzalone, debtor, 444 NW 45 Terrace, Deerfield Beach, FL 33442.

        GERARD M. KOURI, JR., P.A.
        Attorney for Creditor
        5311 King Arthur Avenue, Davie, FL 33331
        Tel (954) 862-1731; Fax  (954) 862-1732

        */s/ Gerard M. Kouri, Jr.*
By:_____
    GERARD M. KOURI, JR., ESQ.
    FBN 375969