UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:   MARK ANZALONE                                          Case No: 14-18419-RBR
                                                                Chapter 13

          Debtor
_____/

### DEBTOR'S MOTION TO VACATE DISMISSAL AND REINSTATE CHAPTER 13 BANKRUPTCY CASE

The Debtor, MARK ANZALONE, by and through the undersigned counsel, moves this Court to vacate the dismissal and reinstate Debtor's case pursuant to 11 U.S.C. §350, FRCP 60, FRBP 5010 and Local Rules 5010-1(D) and 9013-1(E)(1).

1. The debtor filed for Chapter 13 bankruptcy protection on April 12th, 2014.

2. The court entered an Order Dismissing Chapter 13 Case on June 27th, 2014 [D.E. 26].

3. The case was dismissed upon Trustee's Request for Entry of Order Dismissing Case for Failure to Appear at the Meeting of Creditors and for failure to make required payments under the Plan [D.E. 25].

4. The Debtor was not able to make the required plan payments as his employment was unexpectedly terminated.

5. Debtor secured new employment which will allow Debtor to fund the Chapter 13 plan.

6. Undersigned counsel holds the funds necessary to cure the monetary deficiency and bring the plan current as of the date of the motion.

7. Debtor is ready and able to fund a chapter 13 plan.

**WHEREFORE**, the Debtor respectfully prays to the Court for an Order which vacates the dismissal and reinstates the Chapter 13 case and reimposes the automatic stay and grants the

debtor any further relief the Court may deem just and proper.

DATED June 10th, 2014.

                                                                                       Respectfully submitted,

                                                                                       CASAS & MAYOR, P.A.
Attorneys for Debtor
7450 Griffin Road, Suite 170
Davie, Florida  33314
Telephone: (954) 255-2022
Facsimile: (954) 727-9976\
E-mail: clarecasas@ombankruptcy.com


BY__/s/ Clare A. Casas_____
    Clare A. Casas (FBN 0663239)


I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

I further certify that I have conferred with opposing counsel in an attempt to resolve these issues without a hearing.