UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:
MARK ANZALONE,                                Case no. 14-18419-RBR
                                              Chapter 13 Case
         Debtor(s).    /                      Chapter 13

**FREEDOM ROAD FINANCIAL'S RESPONSE IN OPPOSTION TO
DEBTOR'S(S') MOTION TO VALUE COLLATERAL IN PLAN**

Freedom Road Financial ("Creditor") hereby responds in opposition to Debtor's(s') Motion to Value Collateral in Plan (DE #47) and would show the court as follows:

1.  Creditor is a claimant against debtor in the net amount of **$4,298.96,** secured by a lien on a **2007 HARLEY DAVIDSON FLHX STREET GLIDE, VIN 1HD1KB41X7Y653586.**

2.  The debtor understates the value of the vehicle. The replacement (retail) value of the vehicle, without options, is **$14,315.00,** per the N.A.D.A. Official Used Car Guide for April 2014.

3.  Creditor objects to any portion of its claim being disallowed and stricken.

4.  Creditor requires updated proof of collision and comprehensive insurance.

**WHEREFORE,** Creditor respectfully requests that debtor's(s') motion be denied.

I hereby certify that I am admitted to the bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**I HEREBY CERTIFY** that on November 14, 2014, copies of the foregoing were transmitted via ECF to Robin R. Weiner, Trustee & Clare A. Casas, Esq., attorney for debtor and mailed to Mark Anzalone, debtor, 444 NW 45 Terrace, Deerfield Beach, FL 33442.

```
                    GERARD M. KOURI, JR., P.A.
                    Attorneys for Creditor
                    5311 King Arthur Ave, Davie, FL 33331
                    Tel (954) 862-1731; Fax  (954) 862-1732

                         /s/ Gerard M. Kouri, Jr.
                By:_____
                        GERARD M. KOURI, JR., ESQ.
                        FBN 375969
```