UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

IN RE:

MARK ANZALONE

CASE NO.: 14-18419-BKC-RBR
CHAPTER 13

Debtor(s).
_____/

### THE HARBORS AT RIVERGLEN HOMEOWNERS ASSOCIATION, INC'S OBJECTION TO DEBTOR'S MOTION TO VACATE DISMISSAL AND REINSTATE CHAPTER 13 BANKRUPTCY CASE

The Harbors at Riverglen Homeowners Association Inc. ("Creditor"), through its undersigned counsel, objects to the Debtor's Motion to Vacate Dismissal and Reinstate Chapter 13 Bankruptcy Case [ECF 67] for the following reasons:

1. The Debtor filed this bankruptcy case on April 12, 2014.

2. Creditor holds a recorded lien interest (HOA Documents and Final Judgment of Foreclosure) in real property owned by the Debtor. A foreclosure sale of Creditor's judgment lien was cancelled by the Debtor's filing of this bankruptcy case.

3. This case was dismissed on June 27, 2014 for Debtor's failure to appear at the Meeting of Creditors and for failure to make required plan payments. [ECF 25]  Debtor failed to make any payments on his proposed chapter 13 plan.

4. Debtor subsequently moved to reinstate this case on the grounds that Debtor's employment was unexpectedly terminated, but that he had obtained new employment and had the ability to fund his proposed chapter 13 plan.

5. Over Creditor's objection, on August 20, 2014 the Court granted Debtor's Motion and reinstated the case. [ECF 33]

6. This case was dismissed a second time on November 18, 2014, for Debtor's failure to make payments under his proposed Chapter 13 plan. [ECF 60]

7. Debtor's reason for not making the require plan payments this time - is that Debtor experienced an unexpected medical event.

8. This case has been pending over seven months and Debtor's plan has not been confirmed.

9. Creditor is a Homeowners Association that provides essential services to homeowners in the community where the Debtor resides. Its ability to provide these services is dependant on regular payments from its resident members. Debtor's failure to make regular post petition payments on his obligations to Creditor pursuant to his proposed Chapter 13 plan unreasonably prejudices his neighbors. Debtor has shown a lack of present ability to make regular payments and his motion to reinstate should be denied.

WHEREFORE, The Harbors at Riverglen Homeowners Association Inc., prays that Debtor's Motion to Vacate Dismissal and Reinstate Chapter 13 Bankruptcy Case be DENIED.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and exact copy of the foregoing was mailed on November 24, 2014 to: Mark Anzalone, 444 NW 45 Terrace, Deerfield Beach, FL 33442; and the following parties were served by Notice of Electronic transmission on the 24th day of November, 2014 to: Clare A. Casas, Esq., 7450 Griffin Road, Suite 170, David, FL 33314; Robin R. Weiner, Chapter

13 Trustee, P.O. Box 559007, Ft. Lauderdale, FL 33355 and U.S. Trustee, 51 S.W. 1st Avenue, Suite 1204, Miami, FL 33130.

                                                SAX, WILLINGER & GOLD
                                                Attorney for Creditor
                                                5801 NW 151 Street
                                                Suite 307
                                                Miami Lakes, FL 33014
                                                (305) 591-1040
                                                E-mail: sgold@swglawyers.com

                                                     /S/
                                                _____
                                                STUART M. GOLD
                                                Fla. Bar No.: 265421